**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-7017**

———————

ROMMELL A. RIGGINS,

        Plaintiff – Appellant,

    v.

KATHLEEN S. GREEN, Warden; WALTER S. HOLMES, Captain; JAY
RIGGIN, Correction Officer II; WILLIAM TYNDALL, Correction
Officer II,

        Defendants – Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, Senior District
Judge.  (8:09-cv-00289-PJM)

———————

Submitted:  September 10, 2009    Decided:  September 16, 2009

———————

Before KING, DUNCAN, and AGEE, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Rommell A. Riggins, Appellant Pro Se.  Stephanie Judith Lane-
Weber, Assistant Attorney General, Baltimore, Maryland, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rommell A. Riggins appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Riggins' motion for appointment of counsel and affirm for the reasons stated by the district court. Riggins v. Green, No. 8:09-cv-00289-PJM (D. Md. filed May 21, 2009; entered May 22, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED